**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Gibson-Jones and Eddie D. Jones, Jr.,
Defendants,

Of whom Jessica Gibson-Jones is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-001309

———————

Appeal From York County
David G. Guyton, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-202
Submitted May 12, 2022 – Filed May 13, 2022

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Laronda Deshane Kelley-Smith, of Charlotte, North Carolina, for the Guardian ad Litem.

———————————

**PER CURIAM:**  Jessica Gibson-Jones appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gibson-Jones's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

———————————

[1] We decide this case without argument pursuant to Rule 215, SCACR.